L. A. BIRD, INC., Respondent, v. NATIONAL LIBERTY FIRE INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment modified by providing in addition that said policy of insurance, issued by the said National Liberty Fire Insurance Company, defendant, be and the same hereby is reformed by striking out therefrom the word "mortgage" and by substituting therefor the words "contract of conditional sale," and as so modified judgment and order unanimously affirmed, with costs. The court finds that there was mutual mistake requiring that the policy of insurance be reformed in the respects demanded in the complaint.

Before STATE INDUSTRIAL BOARD, Respondent. SOLOMON COHEN, Respondent, v. CHAMBERS BROTHERS and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

FRANK BROWNELL, Respondent, v. THE BOARD OF EDUCATION OF THE INSIDE TAX DISTRICT OF THE CITY OF SARATOGA SPRINGS, Appellant.— Judgment affirmed, with costs, on the opinion of Angell, J., at Special Term. [Reported in 123 Misc. 64.] All concur, except H. T. Kellogg, J., dissenting.

In the Matter of the Application of GEORGE M. SPAWN, Respondent, for a Mandamus Order against JAMES W. FLEMING, as Comptroller of the State of New York, Appellant.— Decision amended so as to read as follows: Order reversed on the law, without costs, and motion denied, without costs. Opinion by McCann, J. [Reported in 208 App. Div. 582.] All concur, except Hinman, J., dissenting with an opinion, in which Cochrane, P. J., concurs.

JNO. DUNLOP'S SONS, INC., Respondent, v. FRANK and LOUIS ALPREN, Individually and Doing Business as ALPREN BROS., Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. DAVID DAVIDSON, Respondent, v. PANSY WAIST CO., INC., and Another, Appellants.— Award affirmed, with costs in favor of the State Industrial Board, on the authority of *Sexton* v. *Public Service Commission* (180 App. Div. 111). All concur, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH DE WITT, Respondent, v. JOHN GROSSO and Another, Doing Business under the Firm Name and Style of YORKVILLE ASH CARTING COMPANY, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN DOMRES, Respondent, v. SYRACUSE SAFE COMPANY and Another, Appellants.— Awards unanimously affirmed, with costs in favor of the State Industrial Board, on the authority of *Moore* v. *Lehigh Valley Railroad Co.* (169 App. Div. 177; affd., 217 N. Y. 627); *Bandassi* v. *Molla* (200 App. Div. 266; affd., 234 N. Y. 554), and cases cited in *Matter of Di Salvio* v. *Menihan Co.* (225 N. Y. 123, 126).

ANNA M. DUKE, Appellant, v. ELSIE H. ANDERSON and Another, Respondents.— Orders and judgment reversed on the law, with costs to the appellant, on the ground appellant did not waive her right to a jury trial by service of notice of trial for a Special Term, and upon the authority of *Wheelock* v. *Lee* (74 N. Y. 495). All concur, except Cochrane, P. J., and Hinman, J., dissenting on the authority of *Mackellar* v. *Rogers* (109 N. Y. 468, 472).